UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-20815-ALTMAN

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION,

    *Plaintiff*,

v.

ELIZABETH HAZAN, *et al.*,

    *Defendants*.
_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers the matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in the Southern District of Florida on February 24, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** Beth Bloom.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

25-cv-20815-Bloom/Elfenbein

**BY ORDER** of the Court this 24th day of February 2025.

ANGELA E. NOBLE
Clerk of Court

By:

*Valerie Kemp*

copies provided to:
counsel of record
Clerk of Court